## KNECHT *v.* KNECHT.

[No. 11,169. Filed March 16, 1922.]

From Dearborn Circuit Court; *Charles A. Lowe,* Judge.

Action between William Knecht and Alvis Knecht. From the judgment rendered, the former appeals. *Affirmed.*

*Givan & Givan,* for appellant.
*T. S. Cravens,* for appellee.

PER CURIAM.—Judgment affirmed.

## BAMBOO INN *v.* LAWRENCE.

[No. 11,249. Filed April 4, 1922.]

From Marion Superior Court (A10,433); *Theophilus J. Moll,* Judge.

Action between the Bamboo Inn and Dora Lawrence. From the judgment rendered, the former appeals. *Affirmed.*

*William N. Harding* and *Omer U. Newman,* for appellant.
*G. R. Estabrook,* for appellee.

PER CURIAM.—Judgment affirmed.

## TROXEL *v.* MILNER.

[No. 11,283. Filed April 18, 1922.]

From Clinton Circuit Court; *Joseph Combs,* Judge.

Action between Daniel J. Troxel and George D. Milner. From the judgment rendered, the former appeals. *Affirmed.*

*Owen E. Brumbaugh* and *Combs & Laymon,* for appellant.
*Harry C. Sheridan,* for appellee.

PER CURIAM.—Judgment affirmed.

## ILLINOIS SURETY COMPANY *v.* PUTNAM.

[No. 11,211. Filed April 18, 1922.]

From Porter Superior Court; *Harry L. Crumpacker,* Judge.

Action between the Illinois Surety Company, J. S. Hopkins, receiver, and Lucy D. Putnam. From the judgment rendered, the former appeals. *Appeal dismissed.*

*Hopkins & Hopkins, Daly & Freund, A. J. Hopkins* and *William Daly,* for appellant.

*Grant Crumpacker* and *Owen L. Crumpacker,* for appellee.

BATMAN, P. J.—It appearing that a final judgment has not been rendered in this case, the appeal is dismissed for want of jurisdiction.

---

## CARROLL *v.* KOCH.

[No. 11,123. Filed April 19, 1922.]

From Huntington Circuit Court; *George M. Eberhart,* Judge.

Action between Wilbert S. Carroll and William Koch. From the judgment rendered, the former appeals. *Affirmed.*

*William A. Branyan* and *Wilbur E. Branyan,* for appellant.

*Fred H. Bowers, Milo N. Feightner* and *Lee M. Bowers,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## HAMMAN'S ESTATE *v.* HAMMAN, EXECUTOR.

[No. 11,215. Filed April 20, 1922.]

From Warrick Circuit Court; *Marshall R. Tweedy,* Judge.

Action between George R. Hamman, executor, and the Estate of Helen C. Hamman; Lenpha A. Folsom, executor. From the judgment rendered, the former appeals. *Affirmed.*

*Caleb J. Lindsey,* for appellant.

*A. W. Youngblood,* for appellee.

PER CURIAM.—Judgment affirmed.

---

## HODSON *v.* WEESE.

[No. 10,963. Filed April 21, 1922.]

From Allen Circuit Court; *Sol A. Wood,* Judge.

Action between John A. Hodson and Horace G. Weese. From the judgment rendered, the former appeals. *Affirmed.*

*Samuel E. Cook, Otto H. Krieg* and *Martin H. Luecke,* for appellant.

*Fred H. Bowers, Milo N. Feightner, Lee M. Bowers, Otto King* and *Harry Hilgemann,* for appellee.

PER CURIAM.—Judgment affirmed.